IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
|     Plaintiff,           ) | |
| ) | MISC. ACTION NO. |
|     v.                    ) | 2:16mc3760-MHT |
| ) | (WO) |
| ONIN STAFFING,              ) | |
| ALEXANDER CITY, AL,         ) | |
| ) | |
|     Garnishee,            ) | |
| ) | |
| OCTAVIOUS REEVES,           ) | |
| ) | |
|     Defendant.            ) | |

## JUDGMENT

It is ORDERED that the motion to dismiss the writ of garnishment (doc. no. 4) is granted and this proceeding is dismissed.  This proceeding remains closed.

DONE, this the 3rd day of February, 2017.

                                                                  /s/ Myron H. Thompson
                                                                  UNITED STATES DISTRICT JUDGE